**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**AT BECKLEY**

UNITED STATES OF AMERICA

v. CRIMINAL ACTION NO. 5:26-cr-00006

BRYAN T. CROSS

# ORDER

On October 26, 2026, all counsel and the Defendant appeared for a guilty plea hearing. Count One charges the Defendant with possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1), and Count Three charges the Defendant with use and carry of a firearm during and in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A). [Doc. 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on October 26, 2026. [Doc. 40]. Objections in this case were due on November 13, 2026. [*Id.*]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 40**] and **DEFERS** acceptance of the plea agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Court **DEFERS** adjudication of guilt given the nature of the Defendant's Plea Agreement. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and to the Office of the United States Marshal.

ENTER: November 23, 2026

Frank W. Volk
Chief United States District Judge